IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLARENCE ARVIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-1076 |
| | § | |
| DODEKA, LLC, HILCO RECEIVABLES LLC, SANCHEZ LAW FIRM, and WEINSTEIN & RILEY, P.S., | § § § § | |
| Defendants. | § | |

ORDER

In light of the scheduling issues raised by the Sanchez Law Firm, the court grants the parties a 60-day continuance to file the Joint Pretrial Order. The Joint Pretrial Order is due May 11, 2011. Docket call is reset for **May 20, 2011 at 9:30 AM.** The court will not reschedule the trial setting so as to inconvenience the plaintiff.

SIGNED on March 10, 2011, at Houston, Texas.

                                                                          _____
                                                                          Lee H. Rosenthal
                                                                          United States District Judge