**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CLARENCE ARVIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-1076 |
| | § | |
| DODEKA, LLC, HILCO RECEIVABLES | § | |
| LLC, SANCHEZ LAW FIRM, and | § | |
| WEINSTEIN & RILEY, P.S., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

In light of the scheduling issues raised by the Sanchez Law Firm, the court grants the parties a 30-day continuance to file the Joint Pretrial Order.  The Joint Pretrial Order is due June 10, 2011. Docket call is reset for June 21, 2011 at 9:00 AM.  The court will not reschedule the trial setting so as to inconvenience the plaintiff.  No new motions may be filed.

SIGNED on May 3, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge