IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLARENCE ARVIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-1076 |
| | § | |
| DODEKA, LLC, HILCO RECEIVABLES LLC, SANCHEZ LAW FIRM, and WEINSTEIN & RILEY, P.S., | § § § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING HILCO RECEIVABLES

Defendant Hilco Receivables, LLC's motion to strike designation of responsible third parties, (Docket Entry No. 133) is granted. Based on this order and the previously granted motion for summary judgment, the federal claims against Hilco are dismissed with prejudice and the state-law claims are dismissed without prejudice to reassertion in the state court.

SIGNED on August 26, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge