IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |  |
|---|---|---|
| CLARENCE ARVIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-1076 |
| | § | |
| DODEKA, LLC, HILCO RECEIVABLES | § | |
| LLC, SANCHEZ LAW FIRM, and | § | |
| WEINSTEIN & RILEY, P.S., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

This case was tried to a jury from October 24, 2011 to October 31, 2011. The plaintiff, Clarence Arvie, and the defendants, Dodeka, LLC, Weinstein & Riley, P.S. and the Sanchez Law Firm, appeared in person and through their attorneys. On October 31, 2011, the jury returned an unanimous verdict in favor of these defendants. The court polled all members of the jury and accepted the jury's verdict. Based on the verdict and the prior rulings of this court, final judgment is entered, as follows:

The plaintiff, Clarence Arvie, will take nothing on his claims and causes of action against the defendants, including the claims asserted under the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and the Texas Debt Collection Practices Act, Tex. Fin. Code Ann. § 392.001 *et seq.*

This is a final judgment.

SIGNED on November 15, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge